NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
                                            :
NEWELL, ET AL.,                             :
                                            :
        Plaintiff,                          :       Civil Action No. 04-1875 (SDW)
                                            :
    v.                                      :
                                            :       **ORDER**
NAGL MANUFACTURING CO., ET AL.,             :
                                            :
                                            :       July 11, 2007
        Defendants.                         :
                                            :
_____:

ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

      This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Madeline C. Arleo, filed May 22, 2007, regarding the motion of defendants Nagl Manufacturing, Pacer Technology, Richard J. Keating, and Team Technologies, Inc. ("Defendants") for attorneys' fees and expenses from plaintiffs Robert Newell and Andon Brush Company ("Plaintiffs"). Magistrate Judge Arleo recommended that the motion for attorneys' fees be denied. The Court received objections to the Report and Recommendation from the Defendants. Plaintiffs submitted a response to Defendants' objections, arguing that Magistrate Judge Arleo's Report and Recommendation should be adopted.

      The request for attorneys' fees pursuant to Section 285 of Title 35 U.S.C. stems from Plaintiffs' commencement of a suit alleging that Defendants infringed Plaintiff's U.S. Patent No. 6,632,040. Plaintiffs' requested that the action be voluntarily dismissed, claiming to lack the

financial resources to pursue the claims it filed in this action. By Order dated September 19, 2006, the Court allowed the matter to be dismissed with prejudice, but granted Defendants leave to make an application for attorneys' fees.

The Court has reviewed Magistrate Judge Arleo's Report and Recommendation, as well as the papers submitted by the parties on this matter. The Court accepts Defendants' objections as timely, but does not find that Defendants' objections support a finding that these are "exceptional circumstances" for the purpose of awarding attorneys' fees to Defendants.

It is within the Court's discretion to award fees and expenses. *See Machinery Corp. of America v. Gullfiber AB*, 774 F.2d 467, 471 (Fed. Cir. 1985). An "exceptional" case may involve litigation misconduct, bad faith litigation or a frivolous suit. *See Stephens v. Tech International, Inc.*, 393 F.3d 1269, 1273 (Fed. Cir. 2004). "A frivolous infringement suit is one which the patentee knew or, on reasonable investigation, should have known was baseless." *Id.* at 1273-74 (quoting *Haynes Int'l Inc. v. Jessop Steel Co.*, 8 F.3d 1573, 1579 (Fed. Cir. 1993)).

In this instance, given the totality of the circumstances, the Court does not find that this was a frivolous infringement suit or an otherwise bad faith litigation. As expressed in Magistrate Judge Arleo's Report and Recommendation, the events in this suit do not present "exceptional circumstances" that would warrant the award of attorneys' fees and expenses.

The Court having reviewed the Report and Recommendation and the other documents on file on this matter; and for good cause shown;

It is on this 11th day of July 2007, **ORDERED** that the Report and Recommendation of Magistrate Judge Arleo, filed May 22, 2007 is hereby **ADOPTED** as the conclusions of law of this Court.

Defendants' motion for attorneys' fees and expenses is hereby **DENIED**.

s/Susan D. Wigenton, U.S.D.J.

Orig:  Clerk
cc:    Judge Arleo
       Parties